1  WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey T. Landrigan,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV-96-2367-PHX-ROS<br><br>DEATH PENALTY CASE<br><br>ORDER |

    Petitioner is an Arizona inmate sentenced to death whose appeal from the denial of federal habeas relief is pending before the Ninth Circuit Court of Appeals. Petitioner filed a motion with the Ninth Circuit seeking authorization for a contact visit by Pamela Blake, M.D., a neurologist retained by Petitioner's habeas counsel, to conduct a neurologic examination to determine the cause of headaches and neck pain he has experienced since January 2005. (Dkt. 142, tab 1.)[1] Respondents opposed the motion. (Id., tab 2.) On September 16, 2005, the Ninth Circuit issued a limited remand to this Court for resolution of Petitioner's motion. (Id.)

    On October 6, 2005, based on the available record, this Court denied the motion for contact visit, indicating that claims related to a prisoner's condition of confinement should be pursued via 42 U.S.C. § 1983. (Dkt. 143 at 1-2.) On October 7, Petitioner's counsel, for

---

[1] "Dkt." refers to documents in the district court's file.

the first time, advises this Court of a letter Petitioner wrote to the Ninth Circuit indicating that he wishes to drop all appeals and proceed with execution. (Dkt. 144, Ex. A.) Counsel suggest that Petitioner's pain may be a contributing factor in his decision to forgo appellate review of his federal habeas claims. (Id. at 2-3.) In light of this new information and pursuant to Local Rule Civil 7.2(g), the Court directs Respondents to file a response to the motion for reconsideration.

Accordingly,

**IT IS HEREBY ORDERED** that no later than five (5) days after the filing date of this Order, Respondents shall file a response to Petitioner's Motion for Reconsideration Re: Motion for Contact Visit Limited Remand.

**IT IS FURTHER ORDERED** that the Clerk of Court forward a courtesy copy of this Order to the Clerk of the Ninth Circuit Court of Appeals.

DATED this 11th day of October, 2005.

_____
Roslyn O. Silver
United States District Judge