WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey T. Landrigan,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV-96-2367-PHX-ROS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

    Petitioner is an Arizona inmate sentenced to death whose appeal from the denial of federal habeas relief is pending before the Ninth Circuit Court of Appeals. Petitioner filed a motion with the Ninth Circuit seeking authorization for a contact visit by Pamela Blake, M.D., a neurologist retained by Petitioner's habeas counsel, to conduct a neurologic examination to determine the cause of headaches and neck pain he has experienced since January 2005. (Dkt. 142, tab 1.)[1] Respondents, represented by different counsel than in the district court, opposed the motion. (Id., tab 2.) On September 16, 2005, the Ninth Circuit issued a limited remand to this Court for resolution of Petitioner's motion. (Id.)

    On October 6, 2005, based on the available record, this Court denied the motion for contact visit. (Dkt. 143 at 1-2.) On October 7, Petitioner's counsel filed a motion for reconsideration and provided new information in support of their request. (Dkt. 144, Ex. A.)

---

[1] "Dkt." refers to documents in the district court's file.

Based on that new information and pursuant to Local Rule 7.2(g), this Court ordered Respondents to file a response to the motion for reconsideration within five working days, or no later than October 21, 2005. (Dkt. 145.) Respondents did not file a response within that period because their current counsel was not listed as counsel of record in this Court. On October 25, 2005, Respondents filed their response, a motion to accept late filing of their response, and a notice of substitution of counsel. (Dkts. 146, 149, 151.) The Court will grant Respondents' motion to accept late filing, construed as a motion to deem their response timely filed. It is apparent that the delayed response was the result of inadvertence resulting from the change in counsel while this matter was on appeal and that Respondents took prompt action when the oversight was discovered.

Accordingly,

**IT IS ORDERED** that Respondents' motion to accept late filing (dkt. 149) will be **GRANTED** and Respondents' Response to the Motion for Reconsideration (dkt. 151) shall be deemed timely filed.

**IT IS FURTHER ORDERED** that the Clerk of Court forward a courtesy copy of this Order to the Clerk of the Ninth Circuit Court of Appeals.

DATED this 26th day of October, 2005.

Roslyn O. Silver
United States District Judge